## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                  *

                                    *   **CASE NO. 1:14-mc-00631**

**Leonard S. Blondes**                  *   **(DISCIPLINARY)**

                                    *

**Respondent**                          *

### RESPONSE TO SHOW CAUSE ORDER

COMES NOW Leonard S. Blondes, Esquire, by and through his counsel Albert D. Brault, Esquire and consents to identical discipline as imposed by the Court of Appeals of Maryland.

Respectfully submitted,

BRAULT GRAHAM, LLC

Albert D. Brault, Esquire
101 South Washington Street
Rockville, Maryland 20850
(301) 424-1060
*Counsel for Respondent*